# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| ANTRON T. SMITH, | * | |
| Plaintiff, | * | CIVIL ACTION NO.: 5:22-cv-9 |
| v. | * | |
| FAIRCHILD, et al., in their individual and official capacities, | * | |
| Defendants. | * | |

**ORDER**

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 12. Plaintiff filed Objections to the Report and Recommendation. Dkt. No. 13.

In his Objections, Plaintiff asserts "administration has refuse[d]" to give him the consent to the collection of fees form on several occasions. Id. at 1. Plaintiff also asserts he has received disciplinary reports for trying to obtain these forms.

The Court is not unsympathetic to Plaintiff's situation. However, the Court forewarned Plaintiff he was to complete and return both his trust account statement and his consent to collection of fees forms and his failure to do so would result

AO 72A
(Rev. 8/82)

in the dismissal of his cause of action. Dkt. No. 5 at 3, 4. The Court also granted Plaintiff extensions of time to submit these forms upon his motions and again warned Plaintiff his failure to comply with the Court's Orders would result in the dismissal of his actions. Dkt. Nos. 6, 8, 9, 10. Further, the Court advised Plaintiff it was unlikely to grant any further extensions. Dkt. No. 10. While Plaintiff returned his trust account statement form, dkt. no. 11, he did not return his consent to collection of fees form. Moreover, the Court is skeptical prison administrators would provide Plaintiff with his trust account information but not his consent form, which only requires Plaintiff's signature, and not otherwise interfere with Plaintiff's mailings in this case.

Accordingly, the Court **OVERRULES** Plaintiff's Objections and **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court. The Court **DISMISSES without prejudice** Plaintiff's Complaint based on his failure to follow this Court's Orders and to prosecute, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff *in forma pauperis* status on appeal.

**SO ORDERED**, this ___1___ day of ___July___, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A (Rev. 8/82)