## IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
Waycross Division

ANTRON T. SMITH,                           )
                                  )
    Plaintiff/Appellant,             )          5:22cv009
                                    )
v.                                         )
                                    )
FAIRCHILD, C.O., in their individual)
and official capacities, et al.,           )
                                    )
    Defendants/Appellees.            )

## ORDER

The appeal in the above-styled action having been dismissed for want of

prosecution by the U.S. Court of Appeals for the Eleventh Circuit,

IT IS HEREBY ORDERED that the Mandate of the U.S. Court of Appeals

for the Eleventh Circuit is made the Judgment of this Court.

This _19_ day of October, 2022.

                                      _____
                                        HON. LISA GODBEY WOOD, JUDGE
                                        UNITED STATES DISTRICT COURT
                                        SOUTHERN DISTRICT OF GEORGIA